IN RE: SUPREME COURT ALTERNATE COMMITTEE
on PROFESSIONAL CONDUCT

· Supreme Court of Arkansas
Delivered March 14, 2002

PER CURIAM. Valerie L. Kelly of Jacksonville, Arkansas, is appointed to fill the unexpired term of Jacqueline J. Cravens on Panel B of the Supreme Court Committee on Professional Conduct. The term expires on December 31, 2006. It is an at-large attorney position.

The court thanks Ms. Kelly for accepting appointment to this most important committee, and expresses its appreciation to Jacqueline J. Cravens for her dedicated service to the Committee.